# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MARSH                                                    CIVIL ACTION

VERSUS

LOWE'S HOME CENTERS, LLC                    NO.:16-00175-BAJ-RLB

### RULING AND ORDER

On August 5, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff's **Motion for Leave to Amend Petition and Motion to Remand (Doc. 10)** be granted.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 11 at p. 1).  No objection was filed by Plaintiff.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court APPROVES the Report and Recommendation (Doc. 11) and ADOPTS it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

19th JDC - Certified

IT IS FURTHER ORDRED that the Plaintiff's **Motion for Leave to Amend Petition and Motion for Remand (Doc. 10)** be **GRANTED**.

IT IS FURTHER ORDERED that the Clerk's Office enter Plaintiff's Amended Complaint (Doc. 10-1) into the record.

IT IS FURTHER ORDRED that subsequent to the entry of the Amended Complaint into the record, the present action be **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 30th day of August, 2016.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA